FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2021

No. 04-21-00183-CV

**IN THE INTEREST OF D.H.G. AND M.E.G., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02241
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This an appeal from an order terminating appellant's parental rights. Appellant has filed a brief with an appendix containing a letter that identifies the minor children and appellant by name. The Texas Rules of Appellate Procedure prohibit the filing of documents that disclose the minor's name and require that such information be redacted before filing. *See* TEX. R. APP. P. 9.8(b)(1).

We therefore STRIKE appellant's brief and ORDER that the brief and appendix, appropriately redacted, be refiled within three days of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court